# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR GONZALEZ-SAMANIEGO,<br><br>Defendant. | Case No. 2:14-CR-00348-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Defendant's Motion for a Sentence Reduction under Amendment 782 (#49). However, having read and considered the motion, and good cause lacking it is **DENIED**. Defendant was sentenced on May 4, 2016. Amendment 782 to the United States Sentencing Guidelines took effect on November 1, 2014. Defendant was sentenced with the Guidelines in effect on that date he was sentenced. Therefore, he has already received the benefit of Amendment 782. Further, Defendant fails to state grounds for any other relief under 18 U.S.C. § 3582(c).

**IT IS SO ORDERED**.

Dated this 15th day of May, 2018.

Kent J. Dawson
United States District Judge